

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 NOV 03 2015

**10/28/2015**
**CONFER, LOUIS HOWARD    Tr. Ct. No. 2003-279B**          **WR-27,413-10**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

LOUIS HOWARD CONFER
SOUTH TEXAS ISF TDC # 1648283
1511 PRESTON ROAD                    U TF
HOUSTON, TX 77002

43B  77002